PATRICK S. HALLINAN (#33838)
KENNETH H. WINE (#142385)
HALLINAN & WINE
345 Franklin Street
San Francisco, California 94102
(415) 621-2400

**FILED**

NOV 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
RUSTY MCDOWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>McDOWELL & CO, INC. et al,<br><br>Defendants. | NO. CR-00-20035 RMW<br><br>STIPULATION RE: CONDITIONS OF SUPERVISED RELEASE FOR DEFENDANT RUSTY McDOWELL; AND [PROPOSED] ORDER |

I, KENNETH H. WINE, DECLARE:

1. I am the attorney of record for Defendant Rusty McDowell ("McDowell").

2. McDowell was released to a half-way house on December 6, 2007 to begin one year of residence there as a condition of supervised release.

3. The half-way house forbid McDowell from his employment, and thereafter, on January 16, 2008, the Court changed his release conditions from one year in the half-way-house to one year of home detention.

4. An issue has arisen as to whether or not McDowell is given credit for the six-weeks he spent in a half-way house as part of the Court's one year home-detention sentence.

5. The parties agree that McDowell should be given credit for the six weeks he spent in the half- way house as part of his one-year alternative to incarceration, which he began on December 6, 2007.

STIP RE: SUPERVISED RELEASE AND ORDER

6. I have contacted the prosecutor, Jeff Nedrow, and agrees this is an appropriate resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was signed on the 13 day of November, 2008.

_____
Kenneth H. Wine

SO STIPULATED:

DATED: November 13, 2008

_____
Jeff Nedrow, AUSA

### ORDER

GOOD CAUSE SHOWING:

Defendant Rusty McDowell shall be given credit for the time he spent in the half-way house towards his one year of home detention.

Dated: November 24, 2008

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT

STIP RE: SUPERVISED RELEASE AND ORDER

2

6. I have contacted the prosecutor, Jeff Nedrow, and agrees this is an appropriate resolution.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was signed on the 13 day of November, 2008.

_____
Kenneth H. Wine

SO STIPULATED:

DATED: November____, 2008

_____
Jeff Nedrow, AUSA

## ORDER

GOOD CAUSE SHOWING:

Defendant Rusty McDowell shall be given credit for the time he spent in the half-way house towards his one year of home detention.

Dated: November ____, 2008

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT

STIP RE: SUPERVISED RELEASE AND ORDER          2