PATRICK S. HALLINAN (#33838)
KENNETH H. WINE (#142385)
HALLINAN & WINE
345 Franklin Street
San Francisco, California 94102
(415) 621-2400

Attorneys for Defendant
RUSTY MCDOWELL

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>McDOWELL & CO, INC. et al,<br><br>    Defendants. | NO. CR-00-20035 RMW<br><br>STIPULATION RE: CONDITIONS OF SUPERVISED RELEASE FOR DEFENDANT RUSTY McDOWELL; AND [PROPOSED] ORDER |

I, KENNETH H. WINE, DECLARE:

1. I am the attorney of record for Defendant Rusty McDowell ("McDowell").

2. Mr. McDowell is the President and the major salesman for McDowell & Company, and frequently travels to see his customers and secure sales of McDowell & Company products.

3. Mr. McDowell has been out of prison, and on supervised release for about 18 months. He has been abiding by his terms of supervised release, and is working to pay off the remaining fine for McDowell & Co.

4. Mr. McDowell would like to travel internationally to see both old and new customers, and is requesting permission of this Court to permit Mr. McDowell to travel internationally with notice to, and at the discretion of, his Probation Officer.

5. I have contacted the prosecutor, Jeff Nedrow, and he does not object to this change in Mr. McDowell's conditions of supervised release.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was signed on the ____ day of August, 2009.

Kenneth H. Wine

SO STIPULATED:

DATED: August 3, 2009

Jeff Nedrow, AUSA

## ORDER

GOOD CAUSE SHOWING:

Defendant Rusty McDowell conditions of supervised release shall be modified as follows:

Mr. McDowell shall be permitted to travel internationally for business purposes, with notice to, and at the discretion of, his probation officer.

IT IS SO ORDERED.

Dated: August 4, 2009

HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT

STIP RE: SUPERVISED RELEASE AND ORDER

2

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2  is true and correct, and that this declaration was signed on the 3rd day of August, 2009.

_____
Kenneth H. Wine

SO STIPULATED:

DATED: August ___, 2009

_____
Jeff Nedrow, AUSA

## ORDER

GOOD CAUSE SHOWING:

Defendant Rusty McDowell conditions of supervised release shall be modified as follows:

Mr. McDowell shall be permitted to travel internationally for business purposes, with notice to, and at the discretion of, his probation officer.

IT IS SO ORDERED.

Dated: August 4, 2009

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT

STIP RE: SUPERVISED RELEASE AND ORDER                                              2